UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EDGAR ELEAZAR LOPEZ MENDEZ,

               Petitioner,                    Case No. 1:26-cv-497

v.                                      Honorable Robert J. Jonker

KEVIN RAYCRAFT et al.,

               Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:    April 6, 2026                  /s/ Robert J. Jonker
                                               Robert J. Jonker
                                                 United States District Judge